UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 08CR 657 |
| v. | ) | |
| | ) | Magistrate Judge Geraldine Soat Brown |
| MARCUS D. WHEELER | ) | |

### AFFIDAVIT IN REMOVAL PROCEEDING

I, PAUL BANOS, personally appearing before United States Magistrate Judge GERALDINE SOAT BROWN and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that MARCUS D. WHEELER (hereinafter "Wheeler"), has been charged with a violation of pretrial release supervision in the District of Nebraska.

I have been informed through official channels that a warrant for the arrest of Wheeler has been issued for the alleged violation of pretrial release supervision. A copy of the arrest warrant is attached.[1]

FILED
AUG 1 8 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PAUL BANOS
Deputy U.S. Marshal
United States Marshals Service

SUBSCRIBED AND SWORN to before me this 18th day of August, 2008.

GERALDINE SOAT BROWN
United States Magistrate Judge

---

[1] Although the Arrest Warrant is stamped "Sealed" it is the government's position that this document becomes unsealed at the time of its execution.

**SEALED**

PS 10
(8/88)

FID# 1180618

WARRANT #
0847-0530-1657-B

# United States District Court
## for the
## District of Nebraska

U.S.A. vs Marcus Wheeler                          Docket No. 8:07CR356

TO: [1]Any United States Marshal or any agent of the FBI

| WARRANT FOR ARREST OF DEFENDANT ||||
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. ||||
| NAME OF DEFENDANT<br>Marcus Wheeler | SEX<br>Male | RACE<br>Black Non Hispanic | AGE<br>19 |
| ADDRESS(STREET, CITY, STATE)<br>Last Known: 11419 Nebraska Circle, Omaha, Nebraska ||||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATES)<br>Chief Judge Joseph F. Bataillon<br>Omaha, NE ||||
| CLERK<br>Denise Lucks | DEPUTY CLERK || DATE<br>MAY 30 2008 |

| RETURN |||
|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) |||
| NAME | (BY) | DATE |

---

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the District of Nebraska;" or "any United States Marshal;" or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."