# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 657 | **DATE** | 8/18/2008 |
| **CASE TITLE** | USA vs. Marcus D. Wheeler | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Removal proceedings held. Defendant Marcus D. Wheeler appears in response to arrest on 08/18/08. Defendant informed of his rights. Defendant waives identity hearing. Government moves for removal in custody. Defendant agrees to removal in custody without prejudice to defendant's right to a detention hearing in the charging district. Order defendant removed in custody to the District of Nebraska forthwith. *[signature]*

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | NTF |
|---|---|---|