UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**
   **CLERK**

August 20, 2008

**OFFICE OF THE CLERK**

United States District Court
District of Nebraska

593 Federal Building
100 Centennial Mall North
Lincoln, NE 68508-3803

                Re: U.S. -v-   Marcus D. Wheeler
                Case: 08cr657

Dear Clerk of Court:

Enclosed please find the certified copy of the docket entries in connection with removal proceedings conducted in this District regarding the above named defendant.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

 X   Docket Sheet                   X   Affidavit in Removal

____ Order setting conditions of release     ____ Appearance Bond

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                Sincerely yours,

                Michael W. Dobbins, Clerk

                by: Gregory Young
                   (Name), Deputy Clerk

**UNITED STATES DISTRICT COURT**
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**                                    **OFFICE OF THE CLERK**
    **CLERK**                          August 20, 2008

United States District Court
District of Nebraska

593 Federal Building
100 Centennial Mall North
Lincoln, NE 68508-3803

                                                **Re: U.S. -v-**   Marcus D. Wheeler
                                                **Case:** 08cr657

Dear Clerk of Court:

Enclosed please find the certified copy of the docket entries in connection with removal proceedings conducted in this District regarding the above named defendant.

As of  January 18, 2005 for civil and criminal cases, our court uses electronic case filing.  You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet.  You will need Adobe Acrobat reader loaded on your computer in order to view the documents.  If you are an electronic court, you may upload the documents.  **All documents filed prior to electronic filing are included in this transfer package.** (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system.  This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

 X   Docket Sheet                              X   Affidavit in Removal

\_\_\_\_ Order setting conditions of release       \_\_\_\_ Appearance Bond

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                                                                      Sincerely yours,

                                                                      Michael W. Dobbins, Clerk

                                                                  by: Gregory Young_____
                                                                     (Name), Deputy Clerk