| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Paul H Wade_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Paul H Wade    8/25/08 |
| 1. Article Addressed to:<br><br>United States District Court<br>District of Nebraska<br>111 South 18th Plaza, Suite 1152<br>Omaha, NE 68102<br><br>08cr657 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7004 2890 0000 5010 0037 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

08cr657

**FILED**

AUG 28 2008  TC
Aug 28, 2008
MICHAEL W. ROBBINS
CLERK, U.S. DISTRICT COURT