

**IMAGED**

UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

08 AUG 25 PM 2: 38

OFFICE OF THE CLERK

MICHAEL W. DOBBINS,
CLERK

August 20, 2008

OFFICE OF THE CLERK

United States District Court
District of Nebraska
111 South 18th Plaza, Suite 1152
Omaha, NE 68102

8:07CR356

Re: U.S. -v- Marcus D. Wheeler
Case: 08cr657

Dear Clerk of Court:

Enclosed please find the certified copy of the docket entries in connection with removal proceedings conducted in this District regarding the above named defendant.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

_X_ Docket Sheet                          _X_ Affidavit in Removal

____ Order setting conditions of release  ____ Appearance Bond

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: Gregory Young
    (Name), Deputy Clerk

RECEIVED
AUG 25 2008
CLERK
U.S. DISTRICT COURT
OMAHA

FILED
AUG 28 2008 TC
Aug 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT